IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LACEY TAYLOR and RACHEL
JENSON, both individually and on
behalf of others similarly situated                                    PLAINTIFFS

v.                               No. 4:11-cv-269-DPM

DRUGSTORE COWBOYS, INC.,
Individually and d/b/a/ GENTLEMEN'S
CLUB 70; and CONVENTION
ENTERTAINMENT, INC., Individually
and d/b/a/ GENTLEMEN'S CLUB 70                                         DEFENDANTS

ORDER

For the reasons stated on the record at the 19 October 2011 status conference: (1) James McHaney Jr.'s motion to withdraw, *Document No. 26*, is granted; (2) the class motions, *Document Nos. 13 & 30*, are held in abeyance; (3) the motion to strike, *Document No. 21*, is denied without prejudice; and (4) the Court looks forward to receiving Plaintiffs' motion for leave to amend.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2011