IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LACEY TAYLOR and RACHEL
JENSON, both individually and on
behalf of others similarly situated                                                    PLAINTIFFS

v.                              No. 4:11-cv-269-DPM

DRUGSTORE COWBOYS, INC.,
Individually and d/b/a/ GENTLEMEN'S
CLUB 70; CRAIG SNYDER; and CLAUDE
SKELTON                                                                                  DEFENDANTS

## ORDER

Joint motion to dismiss, *Document No. 94*, granted. Taylor and Jenson's claims against Defendants Craig Snyder and Claude Skelton are dismissed with prejudice. The motion for sanctions, *Document No. 80*, is withdrawn; and Skelton's pending motion for summary judgment, *Document No. 62*, is denied as moot. The Court applauds the parties' cooperation and compromise.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2012