IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LACEY TAYLOR and RACHEL
JENSON, both individually and on
behalf of others similarly situated                              PLAINTIFFS

v.                              No. 4:11-cv-269-DPM

DRUGSTORE COWBOYS, INC.,
Individually and d/b/a/ GENTLEMEN'S
CLUB 70                                                            DEFENDANT

ORDER

Motion to amend, *Document No. 98*, granted. Previous motion, *Document No. 97*, denied as moot. The amended complaint must be filed no later than 24 May 2012.

The amended complaint starts over with new Defendants. The Court therefore denies without prejudice the pending Rule 23 motion for class certification, *Document No. 60*. Taylor and Jenson may file an amended motion after the new Defendants are served and make their appearances. Given the circumstances, Taylor and Jenson are free to argue relation back or equitable tolling in their amended motion for class certification.

Motion, *Document No. 98*, granted. Motion, *Document No. 97*, denied as moot. Motion, *Document No. 60*, denied without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 May 2012